UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MB SERVICE STATION, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CONOCOPHILLIPS COMPANY, a Texas corporation and DOES 1 through 10, Inclusive,<br><br>Defendant. | **Case No. CV 09-01868-WBS-DAD**<br><br>**ORDER RE CASE STATUS UPDATE AND STIPULATION TO EXTEND CONOCOPHILLIPS COMPANY'S TIME TO RESPOND TO THE COMPLAINT** |

FOR GOOD CAUSE SHOWN, THE COURT ORDERS that ConocoPhillips Company's ("COP") time to respond to Plaintiff's complaint is extended to December 21, 2009 so that Plaintiff can file and the Judicial Panel on Multidistrict Litigation can rule on a motion to vacate the September 1, 2009 Conditional Transfer Order transferring this case to the Northern District of California. Should the Judicial Panel not rule on COP's request by December 21, 2009, COP shall report further to the Court so that it may revisit whether a further stay would be appropriate.

Nothing herein shall prevent Plaintiff's ability to seek a temporary restraining order or preliminary injunction against COP before COP has responded to the complaint, or file a motion to remand to state court.

Dated: September 18, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 1 -

ORDER RE STIPULATION TO EXTEND COP'S TIME TO RESPOND TO THE COMPLAINT